UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAM FREDERICK KEMP, JR.,

    Petitioner,

v.

C. JOHN POLLACK,

    Respondent,
_____/

Case No. 1:15-cv-406

HONORABLE PAUL L. MALONEY

## **JUDGMENT**

Pursuant to Fed. R. Civ. P. 58, **JUDGMENT** is hereby entered in favor of respondent.


Date: May 5, 2017

    /s/ Paul L. Maloney
    Paul L. Maloney
    United States District Judge